**STATEMENT OF FACTS**

On August 27, 2025, at approximately [] hours, Federal Protective Service (FPS) inspectors observed a vehicle entering St. Elizabeth's campus at 1790 Ash Street, SE, Washington, DC through the incorrect entrance. Inspectors went to the parking facility and located the car a red Jeep Liberty with Pennsylvania tags MBG 5118. Inspectors observed a handgun on the floor underneath the driver's seat of the vehicle in plain view. The weapon was a CZ 9mm handgun.



The inspectors identified the owner as James Joyce, ▬▬▬▬▬▬▬▬ who is a Watch Officer for the Department of Homeland Security (DHS), which has a facility on the St. Elizabeth's campus. Joyce is a federal employee. Per FPS, Joyce is a National Guard member and is not on active-duty orders. Per FPS, the weapon was a personal weapon and not a service weapon. Joyce has no active wants/warrants.

St. Elizabeth's is a federal property with signage regarding prohibition on possession of firearms on the property.




FPS cannot enter the DHS facility, so FPS sent Joyce an email notifying him that his vehicle was going to be towed. When Joyce emerged, he was arrested and transported to the Metropolitan Police Department's (MPD) 7th District station (7D).

Joyce made a spontaneous utterance to FPS Inspector Moore stating that he has LEOSA coverage because he is in the National Guard and that he left his LEO card at home.

Joyce was transported to MPD's First District station (1D). At 1D, MPD Detective/FBI TFO David Naples and MPD Detective Babich interviewed Joyce after he was read his Miranda rights and Joyce agreed to waive them and be interviewed.

According to Joyce, he was a Military Police officer (MP) in the Army for ten years and then in the Army National Guard and then the National Guard where he remains an MP part-time. He works full-time as a contractor for DHS at St. Elizabeth's where he monitors Weapons of Mass Destruction (WMDs) and carries a Top Secret (TS) clearance. He works in a Sensitive Compartmented Information Facility (SCIF). JOYCE has been working at the DHS headquarters

3

since the beginning of 2025. JOYCE works a schedule that allows him to work three (3) days on and six (6) days off.

The handgun is his personal weapon, which he often keeps with him under the front seat of his car, the red Jeep Compass. He has a concealed carry permit in Pennsylvania and as a general rule does not bring the gun out of the state. He also believes that he is allowed to carry the handgun because of his law enforcement status under the LEOSA rules/statute.

He is aware that he is prohibited from bringing his gun onto the St. Elizabeth's campus and has never done so before. He said that, today, he was running late and forgot that he had the weapon still in his car. His usual practice is to remove it from his car before driving from Pennsylvania to DC for his DHS job.

JOYCE stated that he has worked on numerous federal installations and is familiar with the "No Weapons" policy. JOYCE said that he knew that LEOSA does not apply to bringing a firearm onto federal property, and that it is not an exception to the "No Weapons" policy. He had no idea that he had the weapon with him until FPS arrested him.

Under 18 U.S.C. § 930, whoever knowingly possesses or causes to be present a firearm or other dangerous weapon in a Federal facility or attempts to do so, shall be fined under this title or imprisoned not more than 1 year, or both. A federal facility is "a building or part thereof owned or leased by the Federal Government, where Federal employees are regularly present for the purpose of performing their official duties." § 930(g)(1).

For the reasons set forth above, I submit that probable cause exists to charge James JOYCE with violations of 18 U.S.C. § 930(a) (Possession of Firearms and Dangerous Weapons in Federal Facilities) which occurred on or about August 28, 2025 at St. Elizabeth's campus at 1790 Ash Street, SE, Washington, DC.

*Troy M. Moore*
_____
Inspector Terry Moore
Federal Protective Services

*Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone, this 28th day of August 2025.*

Subscribed and sworn to before me on the 28th day of August, 2025.

_____
ZIA M. FARUQUI
UNITED STATES MAGISTRATE JUDGE

5